# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
| v. | CITATION NUMBER: 12-MJ-7011-MEH |
| TRENTON HAYES | PRO SE (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 13; assimilating 1950 Code of Virginia section 18.2-266ii and 18.2-270 | DRIVING UNDER THE INFLUENCE | 08/11/2012 | 1 |

Defendant sentenced to 10 days jail suspended upon successful completion of 12 months unsupervised probation; Level 2 Alcohol Education; 40 hours of community service with 2 hours through MADD; and a fine of $500/10/25 to be paid by 01/23/2014. The defendant shall not commit any new federal, state, or local law violations during the probationary period.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $10.00 | $500.00 | $25.00 |

01/16/2013
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

Boyd N. Boland, U.S. Magistrate Judge
Name & Title of Judicial Officer

*January 29, 2013*
Date